UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORUCH LOWENBEIN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTCORP CORPORATION,<br><br>Defendant. | **Civil Action No. 1:11-cv-01141-JBW-RLM** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Oruch Lowenbein, and defendant, Collectcorp Corporation, ("Collectcorp"), hereby jointly stipulate to the dismissal with prejudice of plaintiff's claims against Collectcorp with each side to bear its own fees and costs.

Dated, this 9th day of November, 2011.

| | |
|---|---|
| /s/ Adam J. Fishbein<br>Adam J. Fishbein, Esq.<br>483 Chestnut Street<br>Cedarhurst, NY 11516<br>Telephone: (516) 791-4400<br>Counsel for Plaintiff<br>Oruch Lowenbein | /s/ Aaron R. Easley<br>Aaron R. Easley, Esq.<br>Sessions Fishman Nathan & Israel LLC<br>200 Route 31 North, Suite 203<br>Flemington, NJ 08822<br>Telephone: (908) 751-5940<br>Counsel for Defendant,<br>Collectcorp Corporation |

_____
U.S.D.J.